389 A.2d 688

Conrad, Appellant, v. Buckholz et al.

Submitted April 14, 1977. Mark L. Glosser, for appellant; Samuel C. Holland, for appellees.

Order affirmed.

622

HOFFMAN, J., dissented.

WATKINS, former P. J., and VAN der VOORT, J., did not participate in the consideration or decision of this case.